David A. Pisciotta
Alissa K. Piccione
**TROUTMAN PEPPER HAMILTON
SANDERS LLP**
875 Third Avenue
New York, NY 10022
Tel: (212) 704-6000
Fax: (212) 704-6288
Email: David.Pisciotta@troutman.com
Alissa.Piccione@troutman.com

*Counsel to the Ad Hoc Noteholders Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Grupo Famsa S.A.B. de C.V., | Case No. 20-11811 (SCC) |
| Foreign Debtor.[1] | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Ad Hoc Group of Certain Holders of 9.75% Senior Secured Notes due 2024 and issued by Grupo Famsa S.A.B. de C.V. (the "Ad Hoc Noteholders Group"), through its counsel, Troutman Pepper Hamilton Sanders LLP, hereby appears in the above-captioned chapter 15 case and requests that all notices given or required to

---

[1] The last four digits of the Foreign Debtor's Mexican federal tax identification number are 5267. The location of the corporate headquarters and the service address for the Foreign Debtor is Avenida Pino Suárez 1202 Norte, Piso 3, Unidad "A", Zona Centro, 64000 Monterrey, Nuevo León, Mexico.

118551806v1

be given and all papers served or required to be served in this case and/or related proceedings also be served at the following addresses:

> David A. Pisciotta
> Alissa K. Piccione
> TROUTMAN PEPPER
> HAMILTON SANDERS LLP
> 875 Third Avenue
> New York, New York 10022
> Tel: (212) 704-6000
> Fax: (212) 704-6288
> Email: David.Pisciotta@troutman.com
>           Alissa.Piccione@troutman.com
>           Famsanoticing@troutman.com

-with a copy to-

> Ronald R. Jewell
> C/O TROUTMAN PEPPER
> HAMILTON SANDERS LLP
> 875 Third Avenue
> New York, New York 10022
> Tel: (646) 919-0762
> Fax: (845) 414-3426
> Email: rrjewell1949@outlook.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex, or otherwise filed that may affect or seek to affect the above-captioned Foreign Debtor or its property.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Papers or any subsequent appearance, pleading, claim, or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to have all core matters heard and decided by a District Court Judge; (iii) the right to trial by jury in any proceeding so triable in

2

this case or related matter; (iv) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Noteholders Group may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      August 13, 2021

TROUTMAN PEPPER
HAMILTON SANDERS LLP

By: */s/ Alissa K. Piccione*
    David A. Pisciotta
    Alissa K. Piccione
    875 Third Avenue
    New York, NY 10022
    Tel.: (212) 704-6000
    Fax: (212) 704-6288
    Email: David.Pisciotta@troutman.com
           Alissa.Piccione@troutman.com

*Counsel to the Ad Hoc Noteholders Group*