

1(212) 318-6000
pedrojimenez@paulhastings.com

April 21, 2022

**VIA EMAIL**

Hon. Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004
scc.chambers@nysb.uscourts.gov

Re:     *In re Grupo Famsa S.A.B. de C.V.*, Case No. 20-11811(SCC)

Dear Judge Chapman,

Paloma Elizabeth Arellano Bujanda, the foreign representative in the above-captioned chapter 15 case (the "Foreign Representative"), respectfully submits this letter, through her undersigned counsel, to provide an update regarding the status of the Mexican reorganization proceeding (the "Mexican Proceeding") of Grupo Famsa S.A.B. de C.V. (the "Chapter 15 Debtor").

On December 13, 2021, the Chapter 15 Debtor presented the creditors' agreement (the Mexican equivalent of a plan of reorganization) reached by the debtor and a majority of its creditors (the "Reorganization Agreement"), which importantly, reflected the consensual restructuring of the two series of New York law-governed notes issued by the Chapter 15 Debtor (the "NY Law Notes").  On December 15, 2021, the Juzgado de Distrito en Materia Civil y del Trabajo en el Estado de Nuevo León (the "Concurso Court") issued a preliminary certification that the proposed Reorganization Agreement had been filed timely and in the right form under applicable Mexican law.

By order dated February 4, 2022, the Concurso Court issued its order approving the Reorganization Agreement (the "Confirmation Order").  In the Confirmation Order, the Concurso Court noted (among other things) that the Reorganization Agreement had the approval of 69.93% of creditors, far in excess of the 50% required by applicable Mexican law.[1]

In light of the issuance of the Confirmation Order, the Foreign Representative is working on the documentation necessary to effectuate the terms of the Reorganization Agreement, including the documentation for the new securities being provided in exchange for the two series of NY Law

---

[1] On February 21, 2022, the Concurso Court issued an order amending the Confirmation Order to make certain technical corrections and modification (the "Clarification Order").

Notes, and expects to file a motion for (i) recognition of the Confirmation Order and (ii) closure of the above-captioned case shortly thereafter.

Respectfully,

*/s/ Pedro A. Jimenez*

Pedro A. Jimenez

*Counsel to the Foreign Representative*