**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Case No. 20-11811 (JPM) |
| | ) |
| Grupo Famsa S.A.B. de C.V.,[1] | ) Chapter 15 |
| Foreign Debtor. | ) |
| | ) |
| | ) |

**STIPULATION AND ORDER SUBSTITUTING COUNSEL**

**RECITALS**

A.      On August 6, 2020, Paloma Elizabeth Arellano Bujanda, the foreign representative in the above-captioned chapter 15 case of Grupo Famsa, S.A.B. de C.V. (the "Foreign Representative") commenced a voluntary case of Grupo Famsa S.A.B. de C.V. (the "Grupo Famsa") under chapter 15 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") by and through her counsel, Paul Hastings LLP ("Paul Hastings").

B.      The Foreign Representative has advised Paul Hastings of her decision to substitute Paul Hastings with Faegre Drinker Biddle & Reath LLP ("Faegre Drinker") to serve as her counsel in this matter.

C.      Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York (the "Local District Court Rules") and Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern and Eastern Districts of New York (the "Local Bankruptcy

---

[1]      The last four digits of the Foreign Debtor's Mexican federal tax identification number are 5267.  The location of the corporate headquarters and the service address for the Debtor is Avenida Pino Suárez, 1202 Norte, Piso 3, Unidad "A", Zona Centro, 64000 Monterrey, Nuevo León, Mexico.

1

Rules"), the undersigned counsel understand that Bankruptcy Court approval is required to effectuate the proposed substitution.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, in consideration of the recitals, pursuant to Local District Court Rule 1.4 and Local Bankruptcy Rule 2090-1(e), and subject to the approval of the Bankruptcy Court and effective immediately thereof, that Faegre Drinker Biddle & Reath LLP is hereby substituted as counsel of record for the Foreign Representative in the above-captioned chapter 15 case of Grupo Famsa in the place and stead of Paul Hastings LLP.

Dated:  September 29, 2025

**PAUL HASTINGS LLP**

/s/ Pedro A. Jiminez
Pedro A. Jiminez
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
pedrojimenez@paulhastings.com

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Richard J. Bernard
Richard J. Bernard
Laura E. Appleby
1177 Avenue of the Americas, 41st Floor
New York, NY 10036
Telephone: (212) 248-3140
richard.bernard@faegredrinker.com
laura.appleby@faegredrinker.com

New York, New York
Dated: October 21, 2025

/s/ John P. Mastando III
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE

2